

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-24-00011-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th Judicial District Court |
| SARA MELDRUM, Individually and on behalf of minor ALISON MELDRUM, | § | of El Paso County, Texas |
| | § | (TC#2022-DCV-2328) |
| Appellees. | | |

**MEMORANDUM OPINION**

Before this Court is the parties' joint motion to dismiss the appeal, which we construe as Appellant's motion to voluntarily dismiss the appeal. *Compare* TEX. R. APP. P. 42.1(a)(2) (allowing appellate courts to dismiss an appeal by agreement when the parties or their attorneys file a signed agreement with the court) *with* TEX. R. APP. P. 42.1 (a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant).

The motion states that the parties have settled all issues in dispute, rendering the appeal moot. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party incurring the same as stated in the joint motion. *See* TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

March 14, 2024

Before Alley, C.J., Palafox and Soto, JJ.